**Order entered October 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00607-CV

**CHAO-TSU LEE AND ALL OCCUPANTS, Appellants**

**V.**

**FANNIE MAE, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07466-A**

## ORDER

The Court has before it appellee's September 30, 2013 second motion for extension of time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellee on September 30, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
          JUSTICE